**No. 50673.**—Protests 66342–K, etc., of Balfour, Guthrie & Co., Ltd., et al. (New York).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.